

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00200-CV

| | | |
|---|---|---|
| Thomas G. McCoy | § | From the 48th District Court |
| | § | of Tarrant County (48-252036-11) |
| v. | § | July 9, 2015 |
| Alden Industries, Inc. | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment denying Thomas G. McCoy's motion for partial summary judgment. We reverse that portion of the trial court's judgment granting Alden Industries, Inc. summary judgment and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Alden Industries, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier